IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 23 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SEEMA DHUKA; ASIF DHUKA; and )
A.D., a Minor; )
)
    Plaintiffs, )
)
vs. )   CIVIL ACTION NO. SA-09-CA-166-FB
)
JANET NAPOLITANO, Secretary, )
Department of Homeland Security; )
EMILIO GONZALEZ, Director of )
Citizenship and Immigration Services; )
DAVID L. ROARK, Director of the )
Texas Service Center for Citizenship )
and Immigration Services; and )
ERIC HOLDER, United States Attorney )
General, )
)
    Defendants. )

## ORDER OF DISMISSAL

    Before the Court is plaintiffs' Motion to Dismiss Plaintiffs' Original Complaint. (Docket no. 7). In their motion to dismiss, plaintiffs state that they have a forum to seek the relief sought in their original complaint and are no longer in need of relief from this Court. After careful consideration, the Court is of the opinion the motion should be granted and this case should be dismissed.

    IT IS THEREFORE ORDERED that plaintiffs' Motion to Dismiss Plaintiffs' Original Complaint (docket no. 7) is GRANTED such that the above-styled and numbered cause is DISMISSED. Motions pending with the Court, if any, are dismissed as moot.

    It is so ORDERED.

    SIGNED this 23 day of June, 2009.

FRED BIERY
UNITED STATES DISTRICT JUDGE