IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEEMA DHUKA; ASIF DHUKA; and )
A.D., a Minor; )
)
    Plaintiffs, )
)
vs. )   CIVIL ACTION NO. SA-09-CA-166-FB
)
JANET NAPOLITANO, Secretary, )
Department of Homeland Security; )
EMILIO GONZALEZ, Director of )
Citizenship and Immigration Services; )
DAVID L. ROARK, Director of the )
Texas Service Center for Citizenship )
and Immigration Services; and )
ERIC HOLDER, United States Attorney )
General, )
)
    Defendants. )

## JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Pursuant to the Order of Dismissal signed this date,

IT IS ORDERED, ADJUDGED and DECREED that plaintiffs' Motion to Dismiss Plaintiffs' Original Complaint (docket no. 7) is GRANTED such that the above-styled and numbered cause is DISMISSED. Motions pending with the Court, if any, are dismissed as moot.

It is so ORDERED.

SIGNED this 23rd day of June, 2009.

FRED BIERY
UNITED STATES DISTRICT JUDGE

[FILED stamp: JUN 23 2009, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS]